| | |
|---|---|
| 1 | Stephen G. Contopulos (SBN 50317) |
|   | scontopulos@sidley.com |
| 2 | Bradley H. Ellis (SBN 110467) |
|   | bellis@sidley.com |
| 3 | Carly A. Steinbaum (SBN 260726) |
|   | csteinbaum@sidley.com |
| 4 | SIDLEY AUSTIN LLP |
|   | 555 West Fifth Street, Suite 4000 |
| 5 | Los Angeles, California  90013 |
|   | Telephone:  (213) 896-6000 |
| 6 | Facsimile:  (213) 896-6600 |

J S - 6

Attorneys for Defendants
Toyota Motor Sales, U.S.A, Inc.;
Northern California Toyota Dealers Advertising
Association; and Hoffman/Lewis

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIBJAB MEDIA, INC., a Delaware corporation, | Case No. CV 11-01853 R (RZx) |
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |
| vs. | |
| TOYOTA MOTOR SALES, U.S.A., INC., a California corporation; NORTHERN CALIFORNIA TOYOTA DEALERS ADVERTISING ASSOCIATION, a California Corporation; HOFFMAN/LEWIS, an unknown business entity, and DOES 1-10, inclusive, | |
| Defendants. | |

LA1 2391858v.1

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

## **ORDER**

Pursuant to the parties' stipulation AND GOOD CAUSE APPEARING THEREFOR:

IT IS HEREBY ORDERED that the above-captioned action shall be and hereby is dismissed as to all Defendants with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party bearing its own costs and attorneys' fees. The Court shall and hereby does retain jurisdiction to enforce the parties' settlement agreement.

Dated: February 27, 2012    _____
                             The Honorable Manuel Real